FILED

In the United States District Court
For the Eastern District of Virginia
Alexandria Division

2010 NOV 18 A 11: 52

CLERK US DIST...
ALEXANDRIA, VIRG...

1:10CV1305
JCC/IDD

Olga Mary Lansing )
19562 Herndon Court )
Leesburg, Virginia 20175 )
 Tel. 571-233-0961        Plaintiff )
 )
 )
Vs. )
 )
John McHugh, Secretary of the Army )
The Pentagon, Washington, D.C. 20310-0105 )
        Defendant )

## COMPLAINT

1. Jurisdiction: The Defendant is a U. S. Government entity—U. S. Army, Fort Shafter, Hawaii.

2. Facts. a. Public Works of Ft. Shafter failed to provide safe passage, through bypass. Bypass at Buckner gate of Ft. Shafter was hastily created, buildings were razed the ground obstructions were not removed as curbs and a 2' wall which protruded into the uphill path at exiting.

   b. On September 18 at 0930 accident occurred.  The car hit the 2' wall, totally unexpected, the wall was not visible in ascending from the security guard. The damage resulted in six weeks car repair at a cost of almost $12K and a whiplash—life-long health damage.

   c. Colonel John C. Moore, Executive Officer (tel. 301-677-7009, ext. 210), U.S. Army Claims Service of JAG, Fort Meade, MD, called to say that the case will go from State to Federal Court and investigative report is not releasable.

   d. Why contend the acts were wrongful. In creating bypass Public Works failed to provide for safe passage the public was subjected to use. They removed structures/buildings and did nothing to clear the pavement and obstructing walls. Since the accident, the 2' wall was demolished, the road repaved and entire landscape around changed.

3. Relief sought: $120,000 (Exhibit).

4. Administrative remedies exhausted: at Fort Shafter Tort Claims and Litigation Section, JAG, where investigative report was falsified; and Staff Judge Advocate; and at Fort Meade, Tort and Claims Division, JAG, and Executive Division, JAG.

5. Plaintiff pleads that this Court accepts this case.

Exhibit: Picture of wall hit
Expenses

Olga Mary Lansing
19562 Herndon Court
Leesburg, Virginia 20175
Tel. 571-233-0961

In Alexandria, Virginia
On November 18, 2010

CERTIFICATE OF SERVICE: A true copy of the above document has been mailed Certified, postage prepaid, through the U. S. Post Office, to the Administrative Assistant to the Secretary of the Army, at 105 Army, The Pentagon, Washington, D. C. 20310-0105, this date.

November 18, 2010

Olga Mary Lansing